AO 241 (Rev. 01/15)           Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

United States District Court: Surry Co, North Carolina    District: 23

Name (under which you were convicted): Joshua Robert LAIL

Docket or Case No.: 23Crs428842

Place of Confinement: NCDAC, MAVRY Correctional

Prisoner No.: OPUS # 1485360

Petitioner (include the name under which you were convicted): Joshua Robert LAIL

v.

Respondent (authorized person having custody of petitioner):

The Attorney General of the State of:

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Surry County North Carolina

   (b) Criminal docket or case number (if you know): 23Crs 428842

2. (a) Date of the judgment of conviction (if you know): 12-5-24

   (b) Date of sentencing: 12-5-24

3. Length of sentence:

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   Assault With a Deadly Weapon on a Government Official & Attaining the status of an Habitual felon.

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

RECEIVED
2025 JUL 15 P 1:58
U.S. COURT OF APPEALS
FOURTH CIRCUIT

AO 241 (Rev. 01/15)                                                                 Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)
   ☐ Jury    ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   ☒ Yes    ☐ No

8. Did you appeal from the judgment of conviction?
   ☒ Yes    ☐ No

9. If you did appeal, answer the following:
   (a) Name of court: Superior Court for Surry County
   (b) Docket or case number (if you know): 23 CRS 428842
   (c) Result: Wrongfully Convicted
   (d) Date of result (if you know): 12-5-24  * My Mistake here. Have Not Recd
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: ?Mine? My Grounds for this Habeas Corpus are that I Know that I did Not Assault or Attempt to Assault Anyone And this Claim is Supported by Evidence. The "Victim" testified that I did Not try to Hit Kick Bite Scratch or Spit on him & the fact that his only injury was a self-inflicted Scrape on his arm are Exculpatory as is the fact that he Contradicted himself in Black & White Regarding the Nature of the "Assault" & Blatantly Omitted the fact that the Knife was on a Cord

   (g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

      If yes, answer the following:
      (1) Name of court: _____
      (2) Docket or case number (if you know): _____
      (3) Result: _____
      _____
      (4) Date of result (if you know): _____

See here that I'm using this to Explain Exactly what has Happened here. I was Walking home. Plannin on Goin to Church That Night. I Knew I Was Wearing an Ankle Monitor & that I Was on Body Cam. Please Help. Who is Cassandra Black Elk?

Hello to Whomever Would Stand up or speak for Justice.

MY Attorney Appears to be in Collusion with others trying to Abrogate Justice & intentionally Sabotage MY Appeal the Record on Appeal omits the Relevant Crucial Exculpatory Evidence Necessary for the Success of MY Appeal It Appears Specially Doctored to Cause MY Appeal to fail in fact IN the Name of God or America Please Help Me Get the freedom & Justice that I Rightfully deserve

Joshua Robert Lail 1485360
From Surry County 23crs428842
24crs142

Joshua R Lail 1485360
Maury CI
P.o. Box 506
Maury NC 28554

MAILED FROM MAURY CORRECTIONAL INSTITUTION

GREENSBORO NC 270
11 JUL 2025 PM 4 L
RECEIVED U.S. MARSHALS

Us Court of Appeals
Lewis F Powell Jr US Cths Annex
1100 East Main St Suite 501
Richmond Va 23219-3517